IN THE UNITED STATES COURT OF APPEALS
                          FOR THE FIFTH CIRCUIT

                          _____

                              No. 96-20340
                           Conference Calendar
                          _____


EARNEST RAY LENFORD,

                                          Plaintiff-Appellant,

versus

JAMES A. COLLINS ET AL,

                                          Defendant-Appellee.

                    - - - - - - - - - - -
            Appeal from the United States District Court
                 for the Southern District of Texas
                       USDC No. CA H 94-171
                    - - - - - - - - - - -
                        December 11, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Earnest Ray Lenford appeals the dismissal of his 42 U.S.C.

§ 1983 action as frivolous.  Lenford's petition alleges mere

negligence on the part of prison officials, not deliberate

indifference to his serious medical needs.  Mere negligence,

neglect, or medical malpractice do not give rise to a § 1983

cause of action.  Varnado v. Lynaugh, 920 F.2d 320, 321 (5th Cir.

1991).  The district court did not err in dismissing Lenford's

suit.  This appeal is frivolous.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

APPEAL DISMISSED.  <u>See</u> 5th Cir. R. 42.2.